[No. 15436–2–I.  Division One.  November 18, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
EUGENE SPRINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–1–00422–8, Robert C. Bibb, J.,
entered September 28, 1984. *Affirmed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Scholfield,
A.C.J., and Webster, J.

[No. 12874–4–I.  Division One.  November 18, 1985.]

SAFECO INSURANCE COMPANY OF AMERICA, *Respondent*,
v. HAZEL F. DUGGAR, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 81–2–05406–4, Frank J. Eberharter, J., entered
February 23, 1983. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Corbett, C.J., and Swanson, J.

[No. 13385–3–I.  Division One.  November 18, 1985.]

*In the Matter of the Marriage of* GLEN YEE,
*Appellant, and* DAHLIA MARR YEE,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–51292, Frank L. Sullivan, J., entered June 7,
1983. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Swanson and Grosse, JJ.